No. 93–221. ECHARTE, A MINOR, BY AND THROUGH HER PARENTS AND NATURAL GUARDIANS, ECHARTE ET AL. *v.* UNIVERSITY OF MIAMI, DBA UNIVERSITY OF MIAMI SCHOOL OF MEDICINE. Sup. Ct. Fla. Certiorari denied. 

No. 93–223. MILLER, ADMINISTRATOR OF THE ESTATE OF MOLINE *v.* AMERICAN PRESIDENT LINES, LTD., ET AL. C. A. 6th Cir. Certiorari denied. 

No. 93–227. EMPLOYERS INSURANCE OF WAUSAU *v.* CELOTEX CORP. C. A. 11th Cir. Certiorari denied.

No. 93–228. TEXAS FRUIT PALACE, INC. *v.* CITY OF PALESTINE. Ct. App. Tex., 12th Dist. Certiorari denied. 

No. 93–229. DIXON ET AL. *v.* CSX TRANSPORTATION, INC. C. A. 4th Cir. Certiorari denied. 

No. 93–233. CALVENTO *v.* BELLI & SABIH ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–236. AMERICAN SECURITY BANK, N. A., ET AL. *v.* DEMPSEY SUPPLY CORP. Sup. Ct. Va. Certiorari denied.

No. 93–237. MALONEY *v.* UNITED STATES ET AL. Ct. App. Wis. Certiorari denied. 

No. 93–238. GERRITSEN *v.* CITY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied. 

No. 93–239. BARTLEY *v.* HANDELSMAN ET AL. C. A. 6th Cir. Certiorari denied. 

No. 93–240. TFL, INC., ET AL. *v.* WALHOUT, TRUSTEE OF TUCKER FREIGHT LINES, INC. C. A. 6th Cir. Certiorari denied. 

No. 93–243. JAMES ET AL. *v.* CITY OF LIVONIA ET AL. C. A. 6th Cir. Certiorari denied. 

No. 93–244. MARLOWE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.